MAGGIE B. GASPARD, Appellant, *v.* CATHERINE PIERRE et al., Respondents.

*Gaspard* v. *Pierre*, 119 App. Div. 867, affirmed.
(Argued February 18, 1909; decided March 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside a conveyance of real property on the ground of fraud.

*Peter Mitchell* for appellant.

*William Arrowsmith* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

LOUIS A. RIESGO, Respondent, *v.* JAMES F. A. CLARK et al., Surviving Partners of the Firm of CLARK, WARD & COMPANY, Appellants, Impleaded with Others.

*Riesgo* v. *Glengariffe Realty Co.*, 116 App. Div. 414, affirmed.
(Argued February 18, 1909; decided March 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property.

*Charles D. Cleveland* and *H. W. Hayward* for appellants.

*David B. Ogden* and *Philip S. Dean* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.